# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL COREY,  )
    Plaintiff,  )
        )
v.  ) Civil Action No. 06-0852
        )
COMMISSIONER OF SOCIAL SECURITY,  )
    Defendant.  )

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court on June 27, 2006 and was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 14) filed on August 27, 2007, recommended that the Motion for Summary Judgment filed by Plaintiff be denied and the Motion for Summary Judgment filed by Defendant be granted. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections. No objections have been filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 22nd day of December, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is denied and Defendant's Motion for Summary Judgment is granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 14) of Magistrate Judge Lenihan, dated August 27, 2007, is adopted as the Opinion of the Court.

                                                    _____
                                                    Gary L. Lancaster,
                                                    United States District Judge

cc:  Lisa Pupo Lenihan,
     United States Magistrate Judge

     Karl E. Osterhout, Esquire
     1789 South Braddock Avenue
     Suite 570
     Pittsburgh PA 15218

     Jessica Smolar,
     Assistant United States Attorney
     700 Grant Street
     Suite 4000
     Pittsburgh, PA 15219